United States Court of Appeals
Fifth Circuit

**F I L E D**

June 29, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-20734
_____

In Re:  In the Matter of the Petition of DAVID & COLLEEN INC.,
as Owner of the Towing Vessel David & Colleen and Taira Lynn Inc.
as Owner Pro Hoc Vice for Exoneration from or Limitation of
Liability

----------------------------

TAIRA LYNN INC.,

Petitioner - Appellant,

versus

SEARIVER MARITIME INC.,

Claimant - Appellee.
_____

Appeal from the United States District Court
for the Southern District of Texas, Houston
_____

Before JOLLY, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

--------------------

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.